IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos.   CR-03-147-E-BLW |
| | ) | CV-04-574-E-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| RAMSES SOTO-PALUFUX, | ) | |
| aka Francisco Rodriguez, | ) | |
| aka Juan Soto-Palafux, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Time Reduction by an Inmate in Federal Custody Under 28 U.S.C. § 2255 (Docket No. 14) filed by RAMSES SOTO-PALAFUX is DENIED and Case No. CV-04-574-E-BLW is DISMISSED.

DATED: **May 9, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

Judgment - 1